IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

**KENNETH RAY PITTS**
**ADC# 85938**                                                                                               **PLAINTIFF**

v.                           CASE NO. 5:12CV00066 BSM

**WILLIAM ALBERT WARREN, Doctor,**
**Cummins Unit, Arkansas Department of Correction et al.**        **DEFENDANTS**

## JUDGMENT

Consistent with the order entered today, this case is hereby dismissed with prejudice and plaintiff Kenneth Ray Pitts's motion to proceed *in forma pauperis* is denied.

Dated this 16th day of April 2012.

_____
UNITED STATES DISTRICT JUDGE